FILED
2022 Jul-29 AM 10:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

PFE/KSO: August 2022
GJ# 25

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **EUGENE DOUGLAS REID, III.** | ) |

## INDICTMENT

**COUNT ONE:**  [18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1)]

The Grand Jury charges that:

On or about the 14th day of May, 2020, in Jefferson County, within the Northern District of Alabama, the defendant,

**EUGENE DOUGLAS REID, III,**

did knowingly attempt to and did distribute child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(1).

**COUNT TWO:**  [18 U.S.C. § 2252A(a)(1) and (b)(1)]

The Grand Jury charges that:

On or about the 20th day of June, 2020, in Jefferson County, within the Northern District of Alabama, the defendant,

**EUGENE DOUGLAS REID, III,**

did knowingly attempt to and did transport any child pornography, as defined in Title 18, United States Code, Section 2256(8), using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Sections 2252A(a)(1) and (b)(1).

**COUNT THREE:** **[18 U.S.C. § 2252A(a)(1) and (b)(1)]**

The Grand Jury charges that:

On or about the 22nd day of June, 2020, in Jefferson County, within the Northern District of Alabama, the defendant,

**EUGENE DOUGLAS REID, III,**

did knowingly attempt to and did transport any child pornography, as defined in Title 18, United States Code, Section 2256(8), using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Sections 2252A(a)(1) and (b)(1).

A TRUE BILL

*/s/ Electronic Signature*
FOREPERSON OF THE GRAND JURY

                                                    PRIM F. ESCALONA
                                                    United States Attorney

                                                    */s/ Electronic Signature*
                                                    KRISTEN S. OSBORNE
                                                    Assistant United States Attorney